SCOTT N. JOHNSON, ESQ., SBN 166952
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Christopher D. Wight; Thomas C. Tyer;<br><br>Cucina Holdings, Inc., Individually and d/b/a<br><br>JAVA CITY,<br><br>　　　　Defendants | Case No.: CIV.S 07-CV-01040-LEW-DAD<br><br>**PLAINTIFF'S STIPULATED DISMISSAL OF CHRISTOPHER D. WIGHT; THOMAS C. TYER AND ORDER**<br><br>Complaint Filed: JUNE 1, 2007<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANT CUCINA HOLDINGS, INC.** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants Christopher D. Wight and Thomas C. Tyer be and are hereby dismissed **WITHOUT PREJUDICE** pursuant to FRCP 41 (a)(2).

//
//
//
//

1

PLAINTIFF'S STIPULATED DISMISSAL and Proposed ORDER
　　　　　　　　　　　　　　　　CIV: S-07-01040-LEW-DAD

1  This case is to remain open with the remaining defendant.  Defendants Christopher D. Wight and
2  Thomas C. Tyer are dismissed because Defendants are not proper parties to this action.
3
4
5  Dated: June 21, 2007                                  /s/Scott N. Johnson_____
6                                                                      SCOTT N. JOHNSON
                                                                           Plaintiff, In Pro Per
7
8
9  **IT IS SO ORDERED**.
10
11 Dated:  June 21, 2007                                 _____
12                                                                      Honorable Ronald S.W. Lew
                                                                           U.S. District Court Judge
13
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //